UNITED STATES DISRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL **2 3** 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Terence K. Bethea,
DCDC#259-385
1901 D Street, S.E.
Washington, D.C. 20003

　　　　　　　　Petitioner,

　　v.

William Smith, et., al.,

　　　　　　　　Respondents.

Case: 1:07-cv-01301
Assigned To : Collyer, Rosemary M.
Assign. Date : 07/23/2007
Description: HABEAS CORPUS

## PETITION FOR A WRIT OF HABEAS CORPUS

Comes now the petitioner pro-se, Terence K. Bethea, in the above-captioned cause, humbly and respectfully moves this most Honorable Court issuing an order why said writ should not be issued for the following reasons expressed herein;

**RECEIVED**

JUN 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## QUESTION PRESENTED

Is the Petitioner entitled to credit under D.C. Code 24-221.03 (a). (c.).

(formerly 24-431 (a). (c). for 11 months that he was committed to treatment

program pursuant to a court order?

## STATEMENT OF FACTS

On January 26, 1994, Petitioner was sentenced for violation of D.C. Code

33-549, attempt possession with intent to distribute cocaine, to seven to

twenty one years, execution of sentence suspended, with…two year

probation. The case was for selling $20 dollars worth of cocaine to an

undercover officer. It was Petitioner's first offense. Pursuant to the judgment

and commitment order, the court "ordered" the Petitioner to be committed to

a residential drug treatment program. On March 23, 1994 Petitioner wad

picked up at D.C. Jail and taken in handcuffs to Second Genesis drug

treatment program in N.W. Washington. On or around April of 1995, after

being "committed" for 11 months, Petitioner was given permission to move

out of treatment and into after care. Thus, it is at the aforementioned date

that Petitioner was considered out of the residential phase of treatment.

Is Petitioner entitled to credit under D.C. Code 24-221.03 for 11 months that

he spent committed to treatment in Second Genesis Drug Treatment

Program pursuant to a court order? Petitioner answers this question in the

affirmative. Petitioner relies on <u>Shelton v. U.S.</u>, 721 A2d603 (D.C. APP. 1998), which held; "A person is entitled to credit against [his] sentence pursuant to D.C. Code 24-221.03 (a) (c). The Court of Appeals went further and stated albeit in dicta."

> We do not think that too much be made of the fact that Shelton's propose commitment under the [SPA], anymore than any other situation where a person might seek a "<u>lesser</u>" degree or a particular type of confinement permitted under the law…The issue whether or not the proposed confinement qualifies for credit against the sentence and both the <u>Good Time Credit Act</u>, and the [SPA] suggest the relevant considerations are objective in nature where a "<u>court order</u>" is involved." (Id. at N. PG # 611).

In <u>Reno v. Koray</u>. 515 U.S. 50 (1995), the U.S. Supreme Court accepted the governments argument that "official detention" meant "a <u>court order</u>" detaining defendant and committing him to the custody of the Attorney General "(which is the case at bar). Thus, Petitioner is entitled to 11 months credit against his sentence under said "<u>court order</u>"

Wherefore these reasons stated in the aforementioned Petitioner prays this most honorable court issue his writ of habeas corpus and grant him 11 months credit for time spent in a residential drug treatment program pursuant to a court order, and

24-221.02 (a). (c).

Respectfully Submitted,

TERENCE BETHEA
DCDC # 259-385
1901 D St. SE.
WASh., DC. 20003

## CERTIFICATE OF SERVICE

I hereby certify and declare that a true and accurate copy of the foregoing, _Writ of habeas Corpus_, was placed into This institution's mail receptacle on this _20th_, day of, _June_, 2007, to make service on the U.S. Attorney's office for the District of Columbia, 555-4th Street, N.W., Washington, D.C. 20530.

Terence K. Bethea, Pro-se
DCDC#259-385
1901 D Street, S.E.
Washington, D.C. 20003

**CIVIL COVER SHEET**

JS-44
(Rev.1/05 DC)

---

**I (a) PLAINTIFFS**

Terence Bethea

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 259-385

**DEFENDANTS**

William Smith

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

Case: 1:07-cv-01301
Assigned To : Collyer, Rosemary M.
Assign. Date : 07/23/2007
Description: HABEAS CORPUS

---

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV.  CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ **G. *Habeas Corpus/ 2255*** | ☐ **H. *Employment Discrimination*** | ☐ **I. *FOIA/PRIVACY ACT*** | ☐ **J. *Student Loan*** |
|---|---|---|---|
| ☒ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ **K. *Labor/ERISA (non-employment)*** | ☐ **L. *Other Civil Rights (non-employment)*** | ☐ **M. *Contract*** | ☐ **N. *Three-Judge Court*** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC 2241

---

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☒ YES ☐ NO   If yes, please complete related case form.

DATE 7/23/07   SIGNATURE OF ATTORNEY OF RECORD  NCD

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
#### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

H:\forms\js-44.wpd