**UNITED STATES DISTRICT COURTS
FOR THE DISTRICT OF COLUMBIA**

FILED
JUL 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TERENCE BETHEA,
DCDC #259-385
1901 D St., SE
Wash., DC 20003
Petition,

v.                                             Case No. 07 1301 RMC

William Smith, et. al.
Respondents

## MOTION TO PROCEED IN FORMA PAUPERIS

Comes now the petitioner pro-se, _TERENCE BETHEA_ and respectfully

Moves this most Honorable Court pursuant to 28 U.S.C. @ 1915, for an

Order granting leave to file, _writ of habeas corpus_, without

Being required to prepay cost and fees, and without giving security therefor.

The attached affidavit is filed in support of this motion.

Leave to file without
Prepayment of Cost **GRANTED**

_Henry Kennedy_
7/23/07

**RECEIVED**

JUN 28 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

3-

UNITED STATES DISTRICT COURTS
FOR THE DISTRICT OF COLUMBIA

TERENCE BETHEA,
DCDC #259-385
1901 D St., SE
Wash. DC. 20003

Petition

V.                                    Case No._____

William Smith, et al.

Respondents


AFFIDAVIT IN SUPPORT OF MOTION TO
PROCEEDING IN FORMA PAUPERIS


I Hereby and declare under the penalty of perjury, being duly

Sworn, deposes and says:


This affidavit is made pursuant, To 28 U.S.C, @ 1915, in support of

Petitioner's motion to file in forma pauperis.

1. I am a citizen of the United States.

2. I am unable to pay the cost of said action.

3. I unable to give security of same.

4. I am entitled to redress I seek.

5. The nature of my cause is stated.

2

Wherefore, these reasons listed in the aforementioned petitioner requests leave to proceed in forma pauperis.

Respectfully Submitted,

*[signature]*
TERENCE K. BETHEA
DCDC 259-385

### Certificate of Service

I hereby and declare, that a true and accurate copy of the Foregoing motion to proceed in forma pauperis was sent by first class Mail on this **20th** day of **June**, to make service On the U.S. Attorney's Office for the District of Columbia, 555-4th St., NW Washington D.C. 20530

*[signature]*
DCDC 259-385

3