UNITED STATES DISRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL **2 3** 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Terence K. Bethea,
DCDC#259-385
1901 D Street, S.E.
Washington, D.C. 20003

       Petitioner,

    v.                      Civil Action No. ___07-1301 RMC

William Smith, et., al.,

       Respondents.

## MOTION TO EXPEDITE

    Comes now the petitioner pro-se, Terence K. Bethea, in the above-captioned cause, humbly and respectfully moves this most Honorable Court expedite this case, and place it on the fast track, the following reasons expressed herein;

4

## JURISDICTION

Jurisdiction in this case is by virtue of 28 U.S.C. 1657(a) which states in pertinent part;

(1657(a) not with standing any other provision of law, each court of the United States shall determine the order in which civil petitions are heard and determined, except the court shall expedite the consideration of any action...if good cause is shown. Id.

## GOOD CAUSE

1. The inherent power of the court.

2. Petitioner is into his last year of his 3 to 9 year sentence and time is of the essence in order to prevent a manifest injustice.

3. Petitioner has gone through the process in terms of initially filing in the Superior Court of the District of Columbia before the Honorable Judge Kaye Christian. Judge Christian dismissed Petitioner's case without ruling on the merits. Petitioner has relied. Petitioner appealed Judge Christian's ruling. Petitioner, at the time he appealed, was housed in FCI - Allenwood in PA., and because of logistics as well as problems with the mail from DC getting to him, Petitioner became barred.

4. Having Petitioner's case sit on a Judge's desk would disrespect the very nature of the writ itself.

5. If Petitioner is granted the 11 months credit he seeks, it would greatly accelerate his release from prison.

6. There is a wealth of case law that states that when it comes to one's freedom the habeas corpus should be treated with the utter and most respect.

Wherefore these reasons stated in the aforementioned Petitioner prays this most honorable court to expedite this case and place it on the fast track.

Respectfully Submitted,

TERENCE BETHEA
DCDC # 259-385
1901 D St., SE.
WAshington DC. 20003

## **CERTIFICATE OF SERVICE**

       I hereby certify and declare that a true and accurate copy of the
foregoing, _____*Motion To Expedite*_____, was placed into
This institution's mail receptacle on this 20th, day of, _____*June*_____, 2007,
to make service on the U.S. Attorney's office for the District of Columbia,
555-4th Street, N.W., Washington, D.C. 20530.


Terence K. Bethea, Pro-se
DCDC#259-385
1901 D Street, S.E.
Washington, D.C. 20003