UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TERENCE K. BETHEA,           )
                             )
            Petitioner,      )
                             )
      v.                     )   Civil Action No. 07-1301
                             )
WILLIAM SMITH,               )
                             )
            Respondent.      )

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE**

Pursuant to 28 U.S.C. § 2243, it is this 24 day of July 2007, ORDERED that respondents, by counsel, within 60 days of service of a copy of this Order and the Petition, shall file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the respondent, Warden, the United States Attorney for the District of Columbia and the Attorney General for the District of Columbia.

SO ORDERED.

/s/ Rosemary M. Collyer
United States District Judge