**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TERRENCE K. BETHEA, | : |
| | : |
| PETITIONER, | : |
| | : |
| v. | : Civil Action No.: 07-1301 (RMC) |
| WILLIAM SMITH, | : |
| | : |
| RESPONDENT. | : |

## RESPONDENT WILLIAM SMITH'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

Respondent John Caulfield, by and through counsel, files this response to the July 24, 2007, Order to Show Cause, and states as follows:

### PRELIMINARY STATEMENT

On July 23, 2007, Petitioner filed a Petition for a Writ of Habeas Corpus against Respondent William Smith, who is the Warden of the D.C. Jail. Petitioner was incarcerated at the D.C. Jail and appears to be contesting whether credit should be issued for time the Petitioner alleged served when participating in court-ordered drug treatment. Petitioner was subsequently transferred into Federal custody and is currently incarcerated at a Bureau of Prisons facility in Glenville, WV. Respondent William Smith moves the Court to discharge the Order to Show Cause because he is not a proper party respondent, and this Court lacks jurisdiction over Petitioner's habeas petition.

### ARGUMENT

A.  <u>William Smith Is Not A Proper Party Respondent.</u>

The petitioner is currently incarcerated at a Federal facility in Glenville, WV, operated by the Federal Bureau of Prisons. As such, William Smith is not the proper respondent because he

neither has custody nor control of the petitioner, and cannot address the petitioner's claims or provide the relief sought in the petition. *See Chatman-Bey v. Thornburgh,* 864 F.2d 804, 810 (D.C. Cir. 1988) (en banc) ("The appropriate defendant in a habeas action is the custodian of the prisoner."). Therefore, the Order to Show Cause issued to William Smith should summarily be discharged.

      B.      <u>The District of Columbia Is Not Responsible for Calculating Petitioner's Sentence</u>

Pursuant to the National Capital Revitalization and Self-Government Improvement Act of 1997 ("Revitalization Act"), codified at D.C. Code § 24-101 *et seq.* (2001 & Supp. 2005) and *Fletcher v. Reilly*, 433 F.3d 867 (D.C. Cir. 2006), "Congress transferred responsibility for the imprisonment of all felons convicted under the D.C. Code from the District of Columbia to the federal government." *Fletcher*, 433 F.3d at 870. Thus, neither Warden Smith nor the District of Columbia possess any authority to calculate Petitioner's sentence, nor to determine whether Petitioner is entitled to any credit for the time he spent in court-ordered drug treatment. Indeed, the Revitalization Act abolished the D.C. Board of Parole and all authority to grant or deny parole and to impose conditions upon an order of parole regarding any imprisoned District of Columbia felon is now vested with the United States Parole Commission. *See id; see also Franklin v. District of Columbia*, 163 F.3d 625 (D.C. Cir. 1998). Thus, the United States Parole Commission, and not the District of Columbia, possesses the legal authority to determine the correctness of the calculation of Petitioner's sentence.

WHEREFORE, for all of the reasons set forth herein, the petition should be summarily dismissed, and the Order to Show Cause discharged.

                Respectfully submitted,

                LINDA SINGER
                Attorney General for the District of Columbia

<div style="margin-left: 40%;">
GEORGE C. VALENTINE  
Deputy Attorney General  
Civil Litigation Division  

  /s/  Nicole L. Lynch  
NICOLE L. LYNCH (471953)  
Chief, Section II  

  /s/  Shana L. Frost  
SHANA L. FROST (458021)  
Assistant Attorney General  
441 4th Street, NW, 6th Floor South  
Washington, DC 20001  
(202) 724-6534  
Fax:  (202) 727-3625  
shana.frost@dc.gov  
</div>

CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2007, a copy of the foregoing Response to the Court's Order to Show Cause was mailed postage prepaid to:

Terence K. Bethea  
Fed. Reg. No.: 09978-007  
FCI Gilmer  
Federal Correctional Institution  
P.O. Box 6000  
Glenville, WV 26351

<div style="margin-left: 40%;">
  /s/  Shana L. Frost  
Shana L. Frost  
Assistant Attorney General
</div>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRENCE K. BETHEA, : | |
| : | |
| PETITIONER, : | |
| : | |
| v. : | Civil Action No.: 07-1301 (RMC) |
| WILLIAM SMITH, : | |
| : | |
| RESPONDENT. : | |

**<u>ORDER</u>**

Upon consideration of the petition for writ of habeas corpus, the response thereto and the record herein, it is by the Court this _____ day of _____, 200\_\_,

ORDERED: That the Petition for Writ of Habeas Corpus shall be and the same is hereby dismissed as to respondent William Smith; and it is,

FURTHER ORDERED: That the Court's July 24, 2007, Order to Show Cause shall be and the same is discharged as to Respondent William Smith.

_____
JUDGE ROSEMARY M. COLLYER
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA