UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
DEC 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Terence K. Bethea,   *
                    *
    Petitioner,     *
                    *
v.                  *   Civil Action No. 07-1301(RMC)
                    *
William Smith, et.al., *
                    *
    Respondents.    *
                    *
                    *

## MOTION TO DISMISS

Comes now the petitioner, pro-se Terence K. Bethea in the above-captioned cause humbly and respectfully moves this most Honorable Court to dismiss his writ of habeas corpus for the following reasons expressed herein;

1. On December 30, 2004, petitioner filed a writ of habeas corpus. One of petitioner's issues specifically delt with the question of whether or not appellant was entitled to credit for being in a residential drug treatment program for 11 months under a court order?

However, on November 30, 2005, Judge Urbinia denied petitioner's writ on simply one of the six grounds that petitioner raised which was simply that the FBOP made a mistake in placing the wrong number on petitioner's Certificate of Mandatory Release.

The Court never mentioned, thus, did not rule on petitioner's issue about his being entitled to credit while in the drug program under a court order.

2. Petitioner filed a timely appeal. The D.C. Circuit however, held the case in abeyance for almost two years.

3. On March 13, 2007, out of the blue, the D.C. Circuit issued an Order "directing appellant to respond to an Order to show cause". Id.

4. However, petitioner never received notice from the clerk of the aforementioned order eventhough he was in custody at the time at D.C. Jail. Moreover, petitioner did not find out about the order until the government responded to this court's order in case number 07-1112. In that, the government argued that petitioner failed to prosecute and thus, a mandate was issued on July 3, 2007. As soon as petitioner found out about the aforementioned proceedings, he immediately filed a motion to file out of time, and a motion to recall mandate, due to excusable neglect.

5. On November 26, 2007, the D.C. Circuit granted petitioner's motion to recall mandate. Id. at case number 05-5473.

6. Although petitioner will not violate the rule of res judicata, he does not want to waste this most Honorable Court's time with an issue that will undoubtedly be ruled on by this Circuit.

Wherefore, these reasons stated in the aforementioned, petitioner requests this most Honorable Court to dismiss this case for the reasons expressed in the aforementioned.

Respectfully Submitted,

Terence K. Bethea
Fed.Reg.#09978-007
F.C.I.-Gilmer
P.O.Box-6000
Glenville, WV 26351

## CERTIFICATE OF SERVICE

I, hereby certify and declare under the penalty of perjury that a true and accurate copy of the foregoing motion to dismiss was placed into this institution's mail receptacle on this 10th day of December, 2007, to make service on the U.S. Atty's Office for the District of Columbia, 555 - 4th Street, N.W., Washington, D.C. 20530.

Terence K. Bethea
Fed.Reg.#09978-007
F.C.I. - Gilmer
P.O.Box-6000
Glenville, WV 26351