UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TERENCE K. BETHEA,** | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 07-1301 (RMC) |
| **WILLIAM SMITH,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

Before the Court is Petitioner Terence K. Bethea's Motion to Dismiss [Dkt. # 14], filed on December 13, 2007, in which Petitioner seeks voluntary dismissal of this action. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court will grant Petitioner's Motion. This Court lacks jurisdiction over this action because of Petitioner's current appeal in the D.C. Circuit Court of Appeal of an earlier decision on the same underlying factual complaint. *See* D.C. Cir. Dkt. No. 05-5473 (appeal of *Bethea v. Bureau of Prisons*, No. 04-2269, 2005 WL 3244195 (D.D.C. Nov. 30, 2005) (Urbina, J.) (denying Petitioner's writ for habeas corpus)). It is hereby

**ORDERED** that Petitioner's Motion to Dismiss [Dkt. # 14] is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants' Motion to Dismiss [Dkt. # 10], Petitioner's Motion to Expedite [Dkt. # 4], and Petitioner's Motion to Compel [Dkt. # 13] are **DENIED** as moot. This case is hereby closed.

**SO ORDERED**.

Date: December 21, 2007        /s/
                               ROSEMARY M. COLLYER
                               United States District Judge